UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE CANNAROZZO,

    Plaintiff,

v.

BOROUGH OF WEST HAZLETON and
DIANE PANZARELLA,

    Defendants.

CIVIL ACTION NO. 3:18-CV-267

(JUDGE MARIANI)
(Magistrate Judge Carlson)

## ORDER

**AND NOW, THIS** \_\_\_\_14th\_\_\_\_ **DAY OF JUNE 2019**, upon consideration of the Motion of Defendants, Borough of West Hazleton and Diane Panzarella, to Dismiss Plaintiff's Complaint (Doc. 13), the Magistrate Judge's Report and Recommendation (Doc. 24) recommending the motion be granted, and all relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 24) is **NOT ADOPTED**;

2. The Motion of Defendants, Borough of West Hazleton and Diane Panzarella, to Dismiss Plaintiff's Complaint (Doc. 13) is **DENIED**;

3. The date and time for a telephonic conference to establish an appropriate pretrial schedule shall be set by separate order.

_____
Robert D. Mariani
United States District Judge