## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE CANNAROZZO,                    :
                                      :
      Plaintiff,                  :       CIVIL ACTION NO. 3:18-CV-267
                                      :
      v.                          :       (JUDGE MARIANI)
                                      :
BOROUGH OF WEST HAZLETON and   :
DIANE PANZARELLA,                     :
                                      :
      Defendants.                 :
                                      :

### ORDER

**AND NOW, THIS** _13th_ **DAY OF DECEMBER 2021**, upon consideration of the

Motion for Summary Judgment of Defendants, Borough of West Hazleton and Diane

Panzarella (Doc. 68) and all relevant documents, for the reasons set out in the

accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Summary Judgment of Defendants, Borough of West Hazleton and

    Diane Panzarella (Doc. 68) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in Defendants' favor on all claims

    asserted in Plaintiff's Complaint (Doc. 1);

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge